JPG/ams/207-102              05/17/07

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA TOWNSEN, | ) | **07CV3717** |
| | ) | |
| Plaintiff, | ) | **JUDGE NORGLE** |
| | ) | |
| v. | ) | **MAG. JUDGE ASHMAN** |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation, and POLICE OFFICER RICHARD E. DORONIUK, and other UNNAMED POLICE OFFICERS, Individually, and as Employee of the CITY OF CHICAGO, | ) ) ) ) ) ) | PLAINTIFF DEMANDS JURY TRIAL |
| | ) | **FILED** |
| Defendants. | ) | JUL 2 2007 |

**COMPLAINT AT LAW**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT I**
**(Violation of Civil Rights pursuant to**
**42 USC § 1983)**

NOW COMES the Plaintiff, JOSHUA TOWNSEN, by his attorneys, CURCIO LAW OFFICES, and complaining of the Defendants, CITY OF CHICAGO, a Municipal Corporation, POLICE OFFICER RICHARD E. DORONIUK and OTHER UNNAMED POLICE OFFICERS, Individually, and as employees of the CITY OF CHICAGO, states as follows:

1. On or about the 1st day of November, 2006, and at all times herein, the Plaintiff, JOSHUA TOWNSEN, was a resident of the City of Calumet City, County of Cook, State of Illinois.

2. At all times herein, the City of Chicago was a Municipal Corporation operating within the State of Illinois. The City of Chicago employed certain members of its Police Department including but not limited to Police Officer Richard E.

Doroniuk and other unnamed police officers as its employees.

3. On or about the 1st day of November, 2006, at approximately 5:30 p.m., the Plaintiff, JOSHUA TOWNSEN, was a visitor at a residence located at 104th Place near Aberdeen in the City of Chicago, and while he was there a raid was conducted by members of the Chicago Police Department, including but not limited to Defendant Police Officer, RICHARD E. DORONIUK.

4. Members of the Chicago Police Department conducting this raid, including Defendant Police Officer, RICHARD E. DORONIUK, caused the Plaintiff, JOSHUA TOWNSEN, to be placed under arrest, handcuffed and taken from the scene and thereafter to a jail cell at the 22nd District Police Lock-up, located in the City of Chicago, County of Cook, State of Illinois.

5. While in custody of the aforesaid Defendant, Police Officer RICHARD E. DORONIUK, as well as other members of the Chicago Police Department, the Plaintiff, JOSHUA TOWNSEN, was physically assaulted by said officers with their fists and with a flashlight.

6. While in custody, Plaintiff, JOSHUA TOWNSEN, was falsely charged and accused with the crime of possession of a controlled substance and was thereafter caused to be incarcerated in the Cook County Jail for twenty-three days.

7. There was no just cause for the action of said members of the Chicago Police Department, including but not limited to the actions of Defendant Chicago Police Officer RICHARD E. DORONIUK, for their conduct in arresting and detaining as well as charging the Plaintiff, JOSHUA TOWNSEN.

8. The actions as heretofore described of the members of the Chicago Police Department including but not limited to Chicago Police Officer, RICHARD E.

DORONIUK, as well as the other members of the Chicago Police Department, have deprived the Plaintiff, JOSHUA TOWNSEN, of his Civil Rights afforded to him pursuant to 42 USC § 1983 and for said depravation he is entitled to damages.

WHEREFORE, Plaintiff, JOSHUA TOWNSEN, demands damages from defendants, the CITY OF CHICAGO, a Municipal Corporation, Police Officer RICHARD E. DORONIUK, and OTHER UNNAMED MEMBERS OF THE CHICAGO POLICE DEPARTMENT, Individually, and as employees of the CITY OF CHICAGO, and each of them, in an amount in excess of TWO HUNDRED FIFTY THOUSAND ($250,000.00) DOLLARS.

## COUNT II
### (Conversion)

1. - 5. Plaintiff realleges and restates Paragraphs 1 through 5 of Count 1 as and for Paragraphs 1 through 5 of this Count II as though fully stated herein.

6.  During the course of the time in which he was arrested and detained, the members of the Chicago Police Department, specifically Defendant Police Officer, RICHARD E. DORONIUK, removed and retained U. S. currency in the amount of $800.00 from the Plaintiff, JOSHUA TOWNSEN, and never returned it to him, thus having converted his personal property to their own. At no time was the U. S. currency heretofore described ever inventoried and turned over to the Chicago Police Department pursuant to regulations related to the purported detention and arrest of an individual.

WHEREFORE, Plaintiff, JOSHUA TOWNSEN, demands damages from Defendants, CITY OF CHICAGO, a Municipal Corporation, POLICE OFFICER RICHARD E. DORONIUK, and OTHER UNNAMED POLICE OFFICERS, Individually and as

Employees of the CITY OF CHICAGO, and each of them, in the amount of EIGHT HUNDRED ($800.00) DOLLARS plus interest and the costs of this litigation.

## COUNT III
### (Battery)

1. - 5. Plaintiff realleges and restates Paragraphs 1 through 5 of Count 1 as and for Paragraphs 1 through 5 of this Count III as though fully stated herein.

6. That the actions of the members of the Chicago Police Department as aforesaid proximately caused injury to the plaintiff from which he is seeking reimbursement for damages incurred including but not limited to medical bills and lost wages. Further, Plaintiff, JOSHUA TOWNSEN, has lost the use of his normal life from that time to the present and it will continue to be so lost in the future.

WHEREFORE, Plaintiff, JOSHUA TOWNSEN, demands damages from Defendants, the CITY OF CHICAGO, a Municipal Corporation, Police Officer RICHARD E. DORONIUK, and OTHER UNNAMED POLICE OFFICERS, Individually, and as employees of the CITY OF CHICAGO, and each of them, in an amount in excess of ONE MILLION ($1,000,000.00) DOLLARS.

## COUNT IV
### (False Arrest)

1. - 7. Plaintiff realleges and restates Paragraphs 1 through 7 of Count 1 as and for Paragraphs 1 through 8 of this Count IV as though fully restated herein.

8. The actions of the members of the Chicago Police Department, including but not limited to Chicago Police Officer, RICHARD E. DORONIUK, and others proximately caused injury to the plaintiff, including but not limited to physical and mental duress as well as the loss of his personal property.

4

9. The actions also required Plaintiff to retain counsel thereby damaging him further and causing him to incur the cost of legal representation.

WHEREFORE, Plaintiff, JOSHUA TOWNSEN, demands damages from the Defendants, the CITY OF CHICAGO, a Municipal Corporation, Police Officer, RICHARD E. DORONIUK, and OTHER UNNAMED POLICE OFFICERS, Individually, and as employees of the CITY OF CHICAGO, and each of them, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

                                        Respectfully submitted,

                                        CURCIO LAW OFFICES

                          By: _____
                                        Joseph R. Curcio

Attorneys for Plaintiff
Suite 2550
161 North Clark Street
Chicago, Illinois 60601
(312) 321-1111

5